AO 450 (SCD 04/2010) Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the

District of South Carolina

| | |
|---|---|
| Marke T. Manley, Jr., on behalf of Marke T. Manley (Deceased) ) ) *Plaintiff* ) v. ) Commissioner Social Security Administration, ) *Defendant* | Civil Action No.   6:15-cv-00530-JMC |

**JUDGMENT IN A CIVIL ACTION**

The court has ordered that *(check one)*:

❒ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($___), which includes prejudgment interest at the rate of ____ %, plus postjudgment interest at the rate of ____ %, along with costs.

❒ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____.

■ other: the Commissioner's motion to dismiss is granted.

This action was *(check one)*:

❒ tried by a jury, the Honorable _____ presiding, and the jury has rendered a verdict.

❒ tried by the Honorable _____ presiding, without a jury and the above decision was reached.

■ decided by the Honorable J. Michelle Childs.

Date:   February 2, 2016                    *ROBIN L. BLUME, CLERK OF COURT*

                                            s/Ashley Buckingham, Deputy Clerk
                                            *Signature of Clerk or Deputy Clerk*